UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MUHAMMAD A. AZIZ,

                              Plaintiff,

    – against –

THE CITY OF NEW YORK, EUGENE ("GENE") A. ROBERTS, WILLIAM ("BILL") KNAPP, BERNARD ("BARNEY") F. MULLIGAN, THEODORE ("TED") THEOLOGES, ANTHONY ("TONY") BOUZA, HENRY SUAREZ, FERDINAND ("ROCKY") CAVALLARO, FRANCIS ("FRANK") CILENTO, WILLIAM E. CONFREY, JOHN J. CONROY, THOMAS T. CUSMANO, SANFORD GARELIK, JOSEPH IACOVELLI, JOHN J. KEELEY, THOMAS C. RENAGHAN, FRANCIS ("FRANK") J.M. ROBB, JAMES RUSHIN, HOWARD G. SCHAETZLE, FRANCIS M. SULLIVAN, WINSTON W. DE VERGEE, WARREN TAYLOR, PATRICK J. TWOMEY, ERNEST VOHS, MICHAEL WILLIS, and JOHN/JANE DOES NUMBERED 1-50,

                              Defendants.

Case No. 22-CV-4113 (RML)

**STIPULATION OF (PARTIAL) VOLUNTARY DISCONTINUANCE**

---

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiff's claims against Defendants Anthony ("Tony") Bouza, Warren Taylor, Eugene ("Gene") A. Roberts, William ("Bill") Knapp, Bernard ("Barney") F. Mulligan, Theodore ("Ted") Theologes, Henry Suarez, Ferdinand ("Rocky") Cavallaro, Francis ("Frank") Cilento, William E. Confrey, John J. Conroy, Thomas T. Cusmano, Sanford Garelik, Joseph Iacovelli, John J. Keeley, Thomas C. Renaghan, Francis ("Frank") J.M. Robb, James Rushin, Howard G. Schaetzle, Francis M. Sullivan, Winston W. De Vergee, Patrick J. Twomey, Ernest Vohs, and Michael Willis[1] are hereby dismissed

---

[1] It is respectfully noted that of the individual defendants, only Anthony ("Tony") Bouza and Warren Taylor were served with the summons and complaint and have appeared herein.  As such, no jurisdiction was obtained over the remaining individual defendants, specifically Eugene ("Gene") A. Roberts, William ("Bill") Knapp, Bernard ("Barney") F. Mulligan, Theodore ("Ted") Theologes,  Henry Suarez, Ferdinand ("Rocky") Cavallaro, Francis ("Frank") Cilento, William E. Confrey, John J. Conroy, Thomas T. Cusmano, Sanford Garelik, Joseph Iacovelli, John J. Keeley, Thomas

with prejudice and without costs to any party. This stipulation does not apply to the claims against Defendant City of New York.

Dated: <u>November 30</u>, 2022

FOR PLAINTIFF

By:_____
David B. Shanies
Deborah I. Francois
Shanies Law Office
110 West 40th Street
Tenth Floor
New York, New York 10018

*Counsel for Plaintiff*

FOR ALL APPEARING DEFENDANTS

By:_____
Steve Stavridis
Erica Bianco
For Hon. Sylvia O. Hinds-Radix
Corporation Counsel for the City of New York
100 Church Street, 3rd Floor
New York, New York 10007

*Counsel for Defendants City of New York, Anthony ("Tony") Bouza, and Warren Taylor*

SO ORDERED:

_____
HON. ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE

Dated: _____, 2022
Brooklyn, New York

---

C. Renaghan, Francis ("Frank") J.M. Robb, James Rushin, Howard G. Schaetzle, Francis M. Sullivan, Winston W. De Vergee, Patrick J. Twomey, Ernest Vohs, and Michael Willis.