UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUHAMMAD A. AZIZ,<br><br>                              Plaintiff,<br><br>   – against –<br><br>THE CITY OF NEW YORK,<br><br>                              Defendant. | Case No. 22-CV-4113 (RML)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York

     November 30     , 2022

| | |
|---|---|
| SHANIES LAW OFFICE<br>*Attorneys for Plaintiff*<br>110 West 40th Street<br>Tenth Floor<br>New York, New York 10018 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: *[signature: David W Shanies]*<br>David B. Shanies<br>Deborah I. Francois | By: *[signature: Steve S.]*<br>Steve Stavridis<br>Erica Bianco |

SO ORDERED:

_____
HON. ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE

Dated: _____, 2022
       Brooklyn, New York